UNITED STATES DISTRICT COURT
WESTERN        DISTRICT OF   PENNSYLVANIA

FILED
JUL 2 4 2014
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

08-29

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br><br>v.<br><br>HAROLD T. WOLFORD,           ,<br>                 Defendant, | )<br>)<br>)<br>)<br>)  Case No: 08-CR-224<br>)  Judge:   Maurice B. Cohill, Jr.<br>)<br>)<br>)<br>)<br>)            ,<br>) |

### DEFENDANT'S MOTION TO HOLD 3582 MOTION IN ABEYANCE

COMES NOW,   Harold T. Wolford        , by and through
counsel and moves this Honorable Court to hold the 18 U.S.C.S.
3582(c)(2) in abeyance. Currently the defendant in this matter
awaites the United States Sentencing Commission to amend the
guidelines two (2) levels retroactive November 1, 2014, under the
(new amended drugs minus 2) for all drug offenses sentenced under
United States Sentencing Guideline Drug Table 2D1.1.

Therefore, defendant would submit that the request of holding
in abeyance is to permit him to have the two (2) point reduction
under the (new amended drug 2).

Wherefore, premises considered, the defendant,  Harold T.
Wolford       respectfully requests that this Court hold his
3582(c)(2) motion in abeyance until November 1, 2014.

Dated:  July, 19       2014

Respectfully submitted,

*Harold T. Wolford*
Harold T. Wolford, Pro se
P.O. Box 1000
White Deer, PA 17887

AND NOW, this    28th
day of    July   , 20 14 ,
IT IS SO ORDERED.

*Maurice B. Cohill Jr*
UNITED STATES SENIOR DISTRICT JUDGE