IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CR 08-29 |
| HAROLD WOLFORD, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On November 25, 2014, the Honorable Joy Flowers Conti entered an Administrative Order at Misc. No. 14-424 which stayed for sixty (60) days from the date of the Administrative Order "all proceedings under [18 U.S.C.] § 3582(c) seeking relief pursuant to Amendment 782 (including any previously filed § 3582(c) motions)" "so as to permit the Public Defender and U.S. Attorney to conduct any necessary investigation into the eligibility of offenders for relief under Amendment 782, to determine prospective release dates for such eligible offenders, and to prioritize the cases with reference to such prospective release dates, giving first priority to any offenders eligible for release as of November 1, 2015." The Administrative Order also ordered "that the Court should hold in abeyance any pending §3582(c) motions seeking relief under Amendment 782 during the period of the STAY and shall not issue a briefing schedule and/or rule on any such motions until further Administrative Order of this Court." A copy of the November 25, 2104 Administrative Order is attached hereto as Exhibit A.

Consistent with Judge Conti's Administrative Order, this _10th_ day of December, 2014, it is hereby ORDERED, ADJUDGED, and DECREED that this case is STAYED until January 26, 2015.

Maurice B. Cohill, Jr.
Senior United States District Court Judge