# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Harold T. Wolford | )<br>)<br>) Case No: CR 08-29-1<br>) USM No: 32853-068 |
| Date of Original Judgment: 03/29/2011<br>Date of Previous Amended Judgment: 08/05/2013<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Michael J. Novara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  111  months **is reduced to**  101 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/05/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 23, 2015            *Judge's signature*

Effective Date:  11/01/2015            Maurice B. Cohill, Jr., Senior United States District Judge
*(if different from order date)*            *Printed name and title*